Case: 1:23−mj−00306
Assigned To : Harvey, G. Michael
Assign. Date : 11/9/2023
Description: Complaint W/ Arrest Warrant

## STATEMENT OF OFFENSE

On November 1, 2023 member of the Violent Crime Suppression Division Robbery Suppression Unit were conducting firearm interdiction activities in front of 2931 Martin Luther King Junior Avenue, Southeast, Washington, D.C.

At approximately 5:32 p.m. officers observed the defendant, Kenneth L. HART along with several other individuals leave the Sharks Restaurant. Investigator Daniel Tipps who was in plain clothes and wearing a tactical vest with clearly visible, "POLICE" insignia stepped out of his vehicle and began to walk behind the defendant. Other police investigators exited the vehicle as well. The defendant looked at Investigator Tipps, turned away and started walking towards Malcolm X Avenue, Southeast. Investigator Tipps radioed that he wanted to make contact with the defendant and broadcast the direction he was walking as well as a description of his jacket.

The defendant walked into the Mart Liquor store and Investigator Tipps increased his pace and entered the store as well. Once inside Investigator Tipps saw the defendant standing next to the beverage refrigerator at the back of the store. Investigator Tipps noticed that both of the defendant's hands were inside the refrigerator and greeted the defendant. The defendant turned to his right and while doing so Investigator Tipps saw the defendant placing a black firearm inside the refrigerator next to a drink that he was grabbing. Once Tipps observed the firearm he arrested the defendant. Other investigators arrived at the scene and assisted in the defendant's arrest. The defendant was identified as Kenneth Lee HART (D.O.B. April 5, 1998).

Investigator Wayne David responded to the scene and retrieved the firearm. The firearm was a 9 millimeter Springfield Armory XDS-9, serial number S3850019 with one round in the chamber and six in the magazine. **(Figure 1-2).** The firearm was reported stolen out of Pittsylvania.


**Figure 1**


**Figure 2**

The firearm contained one round of 9 millimeter caliber ammunition loaded in the chamber. Furthermore, the firearm contained a magazine with six rounds of 9 millimeter caliber ammunition. The firearm appeared to be fully functional, designed to expel a projectile by the action of an explosive, has a barrel length of less than 12 inches and is capable of being fired by use of a single hand. There are no firearms or ammunition distributors in the District of Columbia, therefore the firearm and ammunition must have traveled in interstate commerce. The MPD Corporate Support Bureau confirmed that the firearm was not registered in Washington, D.C. and the defendant was not licensed to carry a firearm.

Investigator David recovered and secured the firearm, magazine, and ammunition in a police vehicle and departed the scene. Shortly thereafter, the firearm was transported to VCSD and was processed by Investigator David.

A records check revealed that the recovered firearm was not registered in the District of Columbia or stolen. A review of the defendant's criminal history revealed that the defendant had been convicted of a crime with a penalty of greater than one year in D.C. Superior Court in 2017 CF3 14473 for an Attempt Robbery and Possession of an Unregistered Firearm. He was sentenced to 28 months of incarceration. The defendant had also been convicted of a crime with a penalty greater than one year in D.C. District Court in 19-CR-77 for Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year and Unlawful Possession with Intent to Distribute Marijuana. He served a 46 month sentence in that case and was on supervised release at the time of this offense. Therefore, at the time the defendant possessed the firearm, he had been convicted of a crime punishable by imprisonment of a term exceeding one year and had knowledge of that fact.

As such, your affiant submits that probable cause exists to charge Kenneth Lee HART with violations of 18 U.S.C. § 922(g)(1) **(Unlawful Possession of a Firearm and Ammunition By a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year)**.

_____
INVESTIGATOR DANIEL TIPPS
METROPOLITAN POLICE DEPARTMENT

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 9th day of November, 2023.*

_____
G. MICHAEL HARVEY
U.S. MAGISTRATE JUDGE